748 A.2d 1233

Joseph W. CALDWELL, Appellee,

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Appellant.

Supreme Court of Pennsylvania.

March 28, 2000.

## ORDER

PER CURIAM:

**AND NOW**, this 28th day of March, 2000, the fine levied by the Commonwealth Court is reduced to $5,000. In all other respects, the order dated April 15, 1999 is AFFIRMED.